

# Court of Appeals

## Tenth Appellate District of Texas

MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVENUE, RM. 415
WACO, TEXAS 76701-1373

May 1, 2025

Oscar Ramirez
817 E Esperanza Ave
McAllen, TX 78501-1403
* DELIVERED VIA E-MAIL *

Wesley Alost
Mayer LLP
750 N Saint Paul St Ste 700
Dallas, TX 75201-3207
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:   10-25-00133-CV
             Trial Court Case Number:   D18-27341-CV

STYLE:  Javier Vasquez and RJT Commercial, Inc.
          v.
          Moises Tonche Vargas, Maria Vargas, Individually and as Next Friend of
          S.A.V. and E.I.V., Minors and Saul Vargas

     By order of the Supreme Court of Texas dated April 2, 2025, Misc. Docket No. 25-9016, the above cause has been transferred to the Fifteenth Court of Appeals District in Austin, Texas on this date. All future correspondence and filings regarding this cause should be directed to Christopher A. Prine, Clerk, Fifteenth Court of Appeals, William P. Clements Building, 300 West 15th Street, Suite 607, Austin, Texas 78701. The phone number is (512)463-1610, and the website is www.txcourts.gov/15thcoa.

Sincerely,

Sherry Williamson, Clerk

cc:    Jennifer Aulds (DELIVERED VIA E-MAIL)
      Joshua B. Tackett (DELIVERED VIA E-MAIL)
      Judge Dibrell (Dib) W. Waldrip (DELIVERED VIA E-MAIL)
      Judge James E. Lagomarsino (DELIVERED VIA E-MAIL)